STATE OF LOUISIANA, EX REL., LONNEY H. CREEL

VERSUS

JUVENILE COURT, SEC. - C, PARISH OF JEFFERSON

NO. 21-KH-163

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

April 19, 2021

Susan Buchholz
First Deputy Clerk

**CONFIDENTIAL**
LSA-RS 46:1844(W)
ATTORNEYS OF RECORD
ONLY

**IN RE** LONNEY H. CREEL

**APPLYING FOR** SUPERVISORY WRIT FROM THE JEFFERSON PARISH JUVENILE COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE BARRON C. BURMASTER, DIVISION "C", NUMBER 86-JU-35

Panel composed of Judges Jude G. Gravois,
Hans J. Liljeberg, and John J. Molaison, Jr.

**WRIT GRANTED**

Relator, Lonney Creel, seeks mandamus relief that would order the Jefferson Parish Juvenile Court to rule on his "Motion for Production of Transfer Hearing Transcripts Pursuant to LSA-Ch.C.Art. 861.B" and his "Motion for Disclosure," both purportedly filed on or about February 21, 2021. Relator attached purported copies of both of said motions to his writ application; however, on the showing made, we cannot verify from the writ application whether the subject motions were in fact properly filed. Accordingly, we grant this writ application and order the Jefferson Parish Juvenile Court to rule on relator's said motions within 30 days of the date of this writ disposition, if it has not already done so and provided that both motions were properly filed, and to furnish copies of such ruling(s) to relator and to this Court.

Gretna, Louisiana, this 19th day of April, 2021.

**JGG**
**HJL**
**JJM**

21-KH-163

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/19/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 21-KH-163

### E-NOTIFIED
Juvenile Court (Clerk)
Hon. Barron C. Burmaster (DISTRICT JUDGE)
Thomas J. Butler (Respondent)                    Lekita G. Robertson (Respondent)

### MAILED
Lonney H. Creel #115105 (Relator)
Louisiana State Penitentiary
Angola, LA 70712